THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. SMITH, Respondent, *v.* FREDERICK W. WURSTER, as Commissioner, etc., Appellant.

Reported below, 89 Hun, 7.
(Argued October 21, 1895; decided November 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 26, 1895, which reversed upon certiorari the action of the appellant in removing the relator from membership in the fire department of the city of Brooklyn.

*Howard O. Wood* for appellant.

*Edward F. O'Dwyer* for respondent.

Order affirmed, with costs; no opinion.
All concur.